**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **Bangert Tractor Sales, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:08-cv-01880 DJS |
| **Kubota Tractor Corporation,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On December 5, 2008, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, United States Magistrate Judge.

Dated this 8th day of December, 2008.

                                        James G. Woodward, Clerk of Court
                                        By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:08CV0172 LMB.**